reference the Court's decision in *Commonwealth v. King,* 554 Pa. 331, 721 A.2d 763 (1998), in which the Court struck the torture aggravator in a direct appeal based on similar testimony by Dr. Mihalakis. *See id.* at 366–68, 721 A.2d at 781–82. I would also expressly note that the difference in outcome here must thus lie in the governing standard of review, namely, the burden on a PCRA petitioner, and/or one challenging counsel's stewardship, to establish prejudice, versus the more exacting burden imposed on the Commonwealth of establishing harmlessness upon the finding of preserved trial error on direct appeal. *See generally Commonwealth v. Howard,* 538 Pa. 86, 99–100, 645 A.2d 1300, 1307–08 (1994) (elaborating on this distinction and its consequences on appellate and/or post-conviction review).

Justice NIGRO joins this concurring opinion.

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Margaret FORESMAN, Appellee.**

Supreme Court of Pennsylvania.

Submitted Nov. 10, 2003.

Decided July 22, 2004.

Donald R. Totaro, Esq., Janna Rae Steinruck, for the Commonwealth of Pennsylvania.

Merrill Michael Spahn, Esq., James Jude Karl, Esq., Strasburg, for Margaret Foresman.

BEFORE: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR and BAER, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of July, 2004, the order of the Lancaster County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams,* 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado,* 576 Pa. 101, 838 A.2d 710 (2003).

Justice EAKIN did not participate in the consideration or decision of this case.

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Jorge LOPEZ, Appellee.**

Supreme Court of Pennsylvania.

Submitted Nov. 10, 2003.

Decided July 22, 2004.

Donald R. Totaro, Esq., Janna Rae Steinruck, for the Commonwealth of Pennsylvania.

James Arthur Gratton, Esq., James Jude Karl, Esq., Ronks, for Jorge Lopez.

BEFORE: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR and BAER, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 22nd day of July, 2004, the order of the Lancaster County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams*, 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado*, 576 Pa. 101, 838 A.2d 710 (2003).

Justice EAKIN did not participate in the consideration or decision of this case.

**COMMONWEALTH of Pennsylvania,
Appellant,**

v.

**Christopher J. TRUITT, Appellee.**

**No. 177 MAP 2001.**

Supreme Court of Pennsylvania.

Submitted Oct. 7, 2003.
Decided July 22, 2004.

Donald R. Totaro, Esq., Kelly M. Sekula, Esq., for the Commonwealth of Pennsylvania.

Daniel L. McCaughan, Esq., for Christopher J. Truitt.

BEFORE: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR and BAER, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 22nd day of July, 2004, the order of the Lancaster County Court of Common Pleas is reversed insofar as it declared the Registration of Sexual Offenders Act unconstitutional, and the case is remanded for further proceedings. *See Commonwealth v. Williams*, 574 Pa. 487, 832 A.2d 962 (2003); *Commonwealth v. Maldonado*, 576 Pa. 101, 838 A.2d 710 (2003).

Justice EAKIN did not participate in the consideration or decision of this case.

**COMMONWEALTH of Pennsylvania,
Appellant**

v.

**Robert E. MORROW, Appellee.**

Supreme Court of Pennsylvania.

Submitted Jan. 13, 2004.
Decided July 22, 2004.